JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Crown Financial Corporation

## DEFENDANTS
McDonald's Corporation

**(b)** County of Residence of First Listed Plaintiff: Philadelphia County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: DuPage County, IL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Telephone Number, and Email Address)*
Christopher Gibson, Esq., cgibson@archerlaw.com, (856) 795-2121
Archer & Greiner, P.C., One Centennial Square, Haddonfield, NJ 08033

Attorneys *(If Known)*
Sean W. Sloan, Esq., ssloan@morganlewis.com, (215) 963-5000
Morgan, Lewis & Bockius LLP, 1701 Market St., Phila., PA 19103

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332, 1441, 1446

Brief description of cause:
Contract claim arising out of alleged breach of Lease Agreement.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** Greater than $150,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE N/A   DOCKET NUMBER N/A

DATE: 07/05/2012

SIGNATURE OF ATTORNEY OF RECORD: /s/ Sean W. Sloan

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5000

Attorneys for Defendant
McDonald's Corporation

---

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| **CROWN FINANCIAL CORPORATION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **McDONALD'S CORPORATION,** <br><br> **Defendant.** | **CIVIL ACTION NO.**_____ <br><br> **NOTICE OF REMOVAL** <br><br> **Document Filed Electronically** |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant McDonald's Corporation ("McDonald's" or "Defendant"), by and through its attorneys, files this Notice of Removal of the above-captioned action from the Superior Court of New Jersey, Law Division, Cape May County to the United States District Court for the District of New Jersey, Camden Division. The grounds for removal are as follows:

1. Plaintiff Crown Financial Corporation ("Plaintiff") is a Pennsylvania corporation with its corporate headquarters located at One Crown Way, Philadelphia, PA 19154. Defendant McDonald's Corporation is a Delaware corporation with its corporate headquarters located at One McDonald's Plaza, Oak Brook, IL 60523.

2. On June 5, 2012, Plaintiff filed a Complaint in the Superior Court of New Jersey, Law Division, Cape May County, captioned as Crown Financial v. McDonald's Corporation, Docket No. CPM L-259-12. This lawsuit is a civil action within the meaning of the Acts of

Congress relating to the removal of cases. See 28 U.S.C. §§ 1441 and 1446.

3. Service of the Complaint was made upon the registered agent of McDonald's on June 5, 2012. Thirty (30) days have not expired since the action became removable.

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties and the amount in controversy exceeds $75,000. In its Complaint, Plaintiff demands (albeit erroneously) damages for breach of contract (Count Two) and breach of covenant of good faith and fair dealing (Count Three) including the loss of a contractual opportunity worth $800,000 during the first five years. See Compl. ¶¶ 24-25 & Ex. C at 2.

5. The Superior Court of New Jersey, Law Division, Cape May County, is located within the District of New Jersey, Camden Division. Therefore, venue in this Court is proper for removal purposes because it is the "district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

6. The Complaint constitutes the only process, pleading, or order served on Defendant in this action, and is attached hereto as Exhibit "A."

7. In accordance with 28 U.S.C. § 1446(d), McDonald's will promptly serve a copy of this Notice of Removal upon counsel for Plaintiff and will file a copy of the same with the Clerk of the Superior Court of New Jersey, Law Division, Cape May County.

8. If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5000
Facsimile: 215.963.5001

*Attorneys for Defendant*


/s/ Sean W. Sloan
_____
Sean W. Sloan, Bar No. 03531-2004
ssloan@morganlewis.com
Larry L. Turner (admission pending)
lturner@morganlewis.com
Timothy Browne Collier (admission pending)
tcollier@morganlewis.com

Dated: July 5, 2012

## **CERTIFICATION**

Pursuant to Local Civil Rule 11.2, the undersigned hereby certifies that the matters raised herein are not the subject of any pending lawsuit, arbitration, or administrative proceeding except the state court action that is being removed.

Dated: July 5, 2012                                          MORGAN, LEWIS & BOCKIUS LLP


/s/ Sean W. Sloan
_____
Sean W. Sloan, Bar No. 03531-2004
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5000
Facsimile: 215.963.5001

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Sean W. Sloan, hereby certify that on July 5, 2012, a true and correct copy of Defendant McDonald's Corporation's Notice of Removal, Local Rule 11.2 Certification and Civil Cover Sheet were filed electronically, and thus is available for viewing and downloading from the ECF system of the U.S. District Court for the District of New Jersey, and that I served the same via electronic filing and U.S. mail on July 5, 2012 upon the following:

Christopher R. Gibson, Esq.
Patrick M. Flynn, Esq.
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033

*Attorneys for Plaintiff*

/s/ Sean W. Sloan
Sean W. Sloan, Bar No. 03531-2004
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5000
Facsimile: 215.963.5001

*Attorneys for Defendant*