ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Plaintiff Crown Financial Corporation

By:   CHRISTOPHER R. GIBSON
      PATRICK M. FLYNN

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CROWN FINANCIAL CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO.: 12-4120 (JEI/AMD)<br><br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

IT IS hereby stipulated and agreed by and between Plaintiff Crown Financial Corporation and Defendant McDonald's Corporation, through their respective counsel, that Plaintiff's claims against Defendant, and Defendant's counterclaims against Plaintiff, are hereby dismissed in their entirety with prejudice. As agreed by the parties, all parties shall bear their own costs and expenses, including attorneys' fees.

ARCHER & GREINER P.C.
One Centennial Square
Haddonfield, NJ 08033
Attorneys for Plaintiff, Crown Financial
Corporation

MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
Attorneys for Defendant, McDonald's
Corporation

s/ Christopher R. Gibson
By: Christopher R. Gibson

s/ August W. Heckman III
By: August W. Heckman III

Dated: December 30, 2014

Dated: December 30, 2014

Approved and so **ORDERED** this 5th day of JANUARY, 2015

_____
HONORABLE JOSEPH E. IRENAS, S.U.S.D.J.

2